## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, JUDGE

Civil Case No.  13-cv-01562-LTB

LEHMAN BROTHERS HOLDING, INC.,

      Plaintiff,

v.

SEATTLE BANK f/k/a SEATTLE SAVINGS BANK,

      Defendant.
_____

## ORDER
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal With Prejudice (Doc 6 - filed October 9, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

BY THE COURT:


    s/Lewis T. Babcock
    Lewis T. Babcock, Judge

DATED:  October 10, 2013